ADELAIDE N. REED, Respondent, *v.* ROBERT M. REED, Appellant.

Submitted October 5, 1953; decided October 15, 1953.

*Joseph W. Martin* for motion.

*William A. Centner* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.